In the Matter of the Application of EDWARD P. O'CONNOR, Respondent, for a Peremptory Mandamus Order against CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

LOUISE M. JONGERS, a Stockholder in THE ALBERT MANUFACTURING COMPANY, on Behalf of Herself and All Other Stockholders, etc., Respondent, v. CALVIN TOMKINS and Another, as Executors, etc., of CALVIN TOMKINS, Deceased, and Another, Defendants, Impleaded with THE ALBERT MANUFACTURING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.; Dowling, J., dissenting on the ground that plaintiff's affidavits do not make out that the defendant corporation was doing business in the State of New York at the time of the service of the summons and complaint herein or at any time prior thereto.

JOHN F. MacENULTY, Respondent, v. CARNEGIE STEEL COMPANY, Appellant. — Order modified by limiting the particulars to be furnished under paragraphs 1 to 5, inclusive, of the notice, to the matters relating to the production and delivery of plates, and by striking out all provisions requiring the production of documents, and by striking out paragraph 6 of said order; and as so modified affirmed. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CAROL CURRY JACKSON, Respondent, v. HAROLD A. JACKSON, Appellant.— Order reversed and motion denied on the ground that plaintiff does not show a reasonable probability of success upon the trial of the action. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of CLARENCE J. SHEARN, Respondent, for a Peremptory Mandamus Order against CHARLES L. CRAIG, as Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ

JOHN CONSTANTAKIS, Respondent, v. NICK A. GALANOS and Another, Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements: the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

M. WILLIAM BERMAN v. MORRIS M. GLASER and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.